FILED ___ LODGED
☒ RECEIVED ___ COPY

AO 442 (11/11) Arrest Warrant (Page 1)

JAN 0 6 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Harris Co
53735
511

SpN# 03070901

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. CR-24-02079-001-PHX-SPL |
| | ) | |
| | ) | **United States Courts** |
| | ) | **Southern District of Texas** |
| | ) | **FILED** |
| Maurice Brooks | ) | |
| Defendant | | December 31, 2024 |

## ARREST WARRANT

Nathan Ochsner, Clerk of Court

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Maurice Brooks

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 371 Conspiracy
18 USC §§ 2113(a) and 2 Bank Robbery, Aid and Abet

D. Draper
*Issuing officer's signature*

ISSUED ON 2:29 pm, Dec 19, 2024

City and state:   Phoenix, Arizona

D. Draper, Deputy Clerk   s/ Debra D. Lucas, Clerk
*Printed name and title*

---

Return   cell block executed

This warrant was received on *(date)* 12/19/2024, and the person was arrested on *(date)* 12/31/2024
at *(city and state)* Houston, TX

Date: 12/31/2024

A. Macias
*Arresting officer's signature*

Adrian Macias   DCO
*Printed name and title*

cc: PTS

10