TIMOTHY COURCHAINE
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 4 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-24-02079-PHX-SPL |
|---|---|
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | VIO:  18 U.S.C. § 371 (Conspiracy) Count 1 |
| 1. Maurice Brooks, (Counts 1 – 7) | 18 U.S.C. § 2113(a) and 2 (Bank Robbery, Aid and Abet) Counts 2, 3, 5 and 6 |
| 2. Micah Lazaro, (Counts 1, 6, and 7) | 18 U.S.C. § 2113(a) and 2 (Attempted Bank Robbery, Aid and Abet) Counts 4 and 7 |
| 3. Anthony Smith, (Counts 1 and 6) | |
| 4. Mikkel Scott, (Counts 1 – 4) | |
| 5. Zaria Lloyd, (Count 1) | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

Between on or about June 20, 2024 and December 17, 2024, in the District of Arizona and elsewhere, Defendants MAURICE BROOKS, MICAH LAZARO, ANTHONY SMITH, MIKKEL SCOTT, ZARIA LLOYD, and others known and unknown to the Grand Jury, did knowingly and intentionally agree, combine, and conspire to commit the offense of Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

### The Means and Method of the Conspiracy

The means and method employed by Defendants and coconspirators to carry out the conspiracy and effect its unlawful objects are as follows:

a. Since at least July 2022, Defendants and others known and unknown to the Grand Jury have committed bank robbery of Automated Teller Machine (ATM) technicians in Arizona and elsewhere. Defendants and coconspirators employ a similar modus operandi each time and either surveil and follow ATM technicians to an ATM or cause a malfunction with the machine causing the technicians to respond.

b. At least two conspirators arrive at each ATM in a vehicle that is typically rented. When an ATM technician arrives at the ATM to perform service, Defendants and coconspirators wait for the technician to open the ATM. Then, through force, violence, and intimidation, Defendants and coconspirators steal cash cassettes from the open ATM and the technician's immediate presence.

c. Defendants and coconspirators use various means to conceal vehicle identities, including using fictitious temporary license plates, license plates for other vehicles, stolen license plates, rental vehicles, and covering vehicle identification numbers.

d. Defendants and coconspirators wear gloves, masks, and other clothing to hide their faces and identities.

### Overt Acts

In furtherance of the conspiracy, and to effect the object of the conspiracy, Defendants and coconspirators committed, or caused to be committed, the following overt

- 2 -

acts, among others, described below:

a. On or about June 20, 2024, Defendants MAURICE BROOKS and MIKKEL SCOTT left the Houston, Texas area westbound in a silver Honda Accord.

b. On July 3, 2024 at approximately 1:44 am, Defendants MAURICE BROOKS and MIKKEL SCOTT traveled in the silver Honda Accord to Wells Fargo Bank, located at 707 East Glendale Avenue in Phoenix, Arizona.

c. There, Defendants MAURICE BROOKS and MIKKEL SCOTT drove up to an ATM and one of the two inserted a card covered in glue into the ATM card reader to cause a malfunction.

d. Defendants MAURICE BROOKS and MIKKEL SCOTT returned to the same location the next morning while an ATM technician was servicing the ATM. When the technician opened the ATM, Defendant MIKKEL SCOTT, while wearing a face covering, intimidated or otherwise threatened the technician, causing them to move away from the open unit. Thereafter, Defendant MIKKEL SCOTT stole five cash cassettes from the open ATM containing approximately $200,000 in United States currency.

e. Following the robbery, Defendants MAURICE BROOKS and MIKKEL SCOTT abandoned the silver Honda Accord at an apartment complex nearby. Defendant MAURICE BROOKS then corresponded with a person from Houston, Texas to retrieve the silver Honda Accord and drive it back to Texas.

f. On or about August 3, 2024, Defendants MAURICE BROOKS and MIKKEL SCOTT left the Houston, Texas area traveling westbound in a white Nissan Altima rented by Defendant MAURICE BROOKS's mother.

g. On August 5, 2024 at approximately 9:30 am, Defendants MAURICE BROOKS and MIKKEL SCOTT traveled in the white Nissan Altima to Wells Fargo Bank, located at 1100 West Queen Creek Road in Chandler, Arizona. There, Defendants MAURICE BROOKS and MIKKEL SCOTT tampered with a drive-thru ATM by inserting a card covered in glue into the ATM card reader. Defendants MAURICE

- 3 -

BROOKS and MIKKEL SCOTT then left the location.

h. Just before 12 pm, while an ATM technician was servicing the unit due to the induced malfunction, Defendants MAURICE BROOKS and MIKKEL SCOTT arrived back at the bank location. Defendants MAURICE BROOKS and MIKKEL SCOTT exited the white Nissan Altima wearing face coverings, intimidated or otherwise threatened the technician to move out of the way, and stole cash cassettes totaling approximately $60,000 from the open ATM.

i. Following the robbery, Defendants MAURICE BROOKS and MIKKEL SCOTT posted content on Instagram bragging about the hit and displaying a large amount of cash. Defendants MAURICE BROOKS and MIKKEL SCOTT then traveled back to Texas.

j. On or about September 1, 2024, Defendants MAURICE BROOKS and MIKKEL SCOTT left the Houston, Texas area traveling westbound in a gray Toyota Rav4 rented by Defendant MAURICE BROOKS's mother. After traveling to Utah, Defendants MAURICE BROOKS and MIKKEL SCOTT arrived in the Phoenix, Arizona area on September 4, 2024.

k. On September 5, 2024 at approximately 5:44 am, a drive-thru ATM at the Wells Fargo Bank located at 5120 South Lakeshore Drive in Tempe, Arizona was tampered with when someone inserted a card covered in glue into the card reader.

l. On September 5, 2024, just before 9:00 am, an ATM technician arrived at the bank location to service the ATM. At 9:30 am, a security escort for the ATM technician arrived to assist the ATM technician due to the forced ATM malfunction and the gray Toyota Rav4 waiting suspiciously in the parking lot. When the security escort arrived, Defendants MAURICE BROOKS and MIKKEL SCOTT left the scene in the gray Toyota Rav4.

m. On or about October 22, 2024, Defendants MAURICE BROOKS and ANTHONY SMITH, and one unindicted coconspirator, traveled from the Houston, Texas area to Tucson, Arizona in a white Buick Encore.

- 4 -

n. On or about October 23, 2024, Defendant MAURICE BROOKS messaged Defendant ZARIA LLOYD, "Stay by yo phone I'm need uber after I hit[.]" This was in reference to Defendant MAURICE BROOKS and his coconspirators needing a ride after an ATM robbery. Defendant ZARIA LLOYD replied, "okay[.]"

o. On October 24, 2024, Defendant MAURICE BROOKS and at least one coconspirator, traveled to Bank of America located at 1801 West Ajo Lane in Tucson, Arizona. While an ATM technician was servicing a unit at that location at approximately 4:20 pm, Defendant MAURICE BROOKS and one coconspirator, while wearing face coverings and gloves, intimidated or otherwise threatened the ATM technician and stole cash cassettes from the open ATM totaling approximately $85,000. Defendant MAURICE BROOKS and at least one coconspirator then fled the scene in the Buick Encore and drove to a nearby apartment complex to abandon the vehicle.

p. At approximately 4:25 pm, Defendant MAURICE BROOKS messaged Defendant ZARIA LLOYD, sending her the location 5505 S. Mission Road in Tucson, Arizona, telling her, "This wea I'm at" and "Put in motel 6 far away from me let me find one[.]" Defendant MAURICE BROOKS then messaged Defendant ZARIA LLOYD the address 7277 N. Camino de Oeste in Tucson, Arizona, which was the address for a Motel 6. These messages directed Defendant ZARIA LLOYD to order an Uber rideshare to the Mission Road address to enable Defendant MAURICE BROOKS and coconspirators to flee the robbery scene to the motel.

q. In response, Defendant ZARIA LLOYD sent Defendant MAURICE BROOKS a screenshot from the Uber application showing that the Uber driver was "Meeting Maurice at pickup spot" on Mission Road.

r. At approximately 5:03 pm, Defendant MAURICE BROOKS was picked up by the Uber at 5525 South Mission Road in Tucson, Arizona. Defendant MAURICE BROOKS was dropped off by the Uber at approximately 5:23 pm at the Motel 6 located at 7277 North Camino de Ouste in Tucson, Arizona.

- 5 -

s.  On or about October 29, 2024, a coconspirator rented a gray 2025 Toyota Camry bearing Texas temporary license plate 6338L14. The vehicle was equipped with an operable dash camera.

t.  On or between November 4, 2024 and November 5, 2024, Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH drove the rented gray 2025 Toyota Camry from Texas to Arizona.

u.  On November 5, 2024 at approximately 6:37 am, Defendant MAURICE BROOKS purchased a screwdriver at Home Depot located at 12434 N. Cave Creek Road in Phoenix, Arizona.

v.  On November 5, 2024 just before 7 am, Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH stole consular license plate CJB0388 from a vehicle located at 1944 W. Thunderbird Road in Phoenix, Arizona. This location is less than five miles from the Home Depot where Defendant MAURICE BROOKS purchased the screwdriver.

w.  On November 5, 2024 at approximately 8:51 am, Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH arrived at Bank of America located at 906 E. Baseline Road, Tempe, Arizona in the gray 2025 Toyota Camry.

x.  At approximately 8:53 am, Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH pulled up to the first ATM and the driver, who was wearing black and neon gloves, inserted a card covered in glue or other sticky substance into the machine to cause a malfunction.

y.  At approximately 9:02 am, Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH pulled up to a second ATM and the driver inserted a card covered in glue or other sticky substance into the machine to cause a malfunction.

z.  At approximately 9:41 am, Defendant MAURICE BROOKS messaged Defendant ZARIA LLOYD, "Stay by yo phone[.]" Defendant ZARIA LLOYD responded, "okay im finna take it off dnd," which meant she was taking her phone off of "Do

Not Disturb" so she could receive phone notifications. Defendant ZARIA LLOYD then affirmed she was ready.

aa. At 10:14 am, while two ATM service technicians were working on the malfunctioning machine, Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH pulled up next to the technicians.

bb. Defendants MICAH LAZARO and ANTHONY SMITH, while wearing face coverings, exited the gray 2025 Toyota Camry wearing dark closing, facial coverings or masks, and gloves while MAURICE BROOKS waited in the vehicle as the driver.

cc. Defendants MICAH LAZARO and ANTHONY SMITH threatened or otherwise intimidated the technicians, causing them to move, before stealing six cash cassettes totaling $278,000 from the open ATM.

dd. Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH then fled the scene in the gray 2025 Toyota Camry, arriving at an apartment complex located at 4690 S. Lakeshore Drive, Tempe, Arizona.

ee. At approximately 10:17 am, Defendant MAURICE BROOKS messaged Defendant ZARIA LLOYD, "214 S 24th St Phoenix, AZ 85034," telling her, "Das where I'm goin[.]" Defendant MAURICE BROOKS then messaged Defendant ZARIA LLOYD, "4690 S lakeshore dr" and stated, "das where I'm at[.]"

ff. At approximately 10:21 am, Defendant ZARIA LLOYD responded to Defendant MAURICE BROOKS with a screenshot showing that an Uber driver was "Meeting Maurice at pickup spot" on South Lakeshore Drive as directed.

gg. Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH emptied the cash cassettes into one or more backpacks and discarded the cassettes, consular license plate, and one glove into a nearby dumpster at 4690 S. Lakeshore Drive.

hh. Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH parked the gray 2025 Toyota Camry in a parking spot at 4690 S. Lakeshore Drive

before leaving the location.

ii. At approximately 10:28 am, consistent with the messages between Defendants MAURICE BROOKS and ZARIA LLOYD, Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH were picked up by an Uber at 4690 S. Lakeshore Drive in Tempe. At approximately 10:43 am, the Uber dropped Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH off at the Motel 6 located at 214 S. 24th Street in Phoenix, Arizona.

jj. On or about December 17, 2024 at approximately 4:50 am, Defendant MICAH LAZARO, tampered with the ATMs located at the Bank of America at 8150 South Houghton Road in Tucson, Arizona. Defendant MICAH LAZARO did so by inserting a card covered with glue into the card reader of the units. This was done to induce a machine malfunction and alert an ATM technician to open and service the unit.

kk. At approximately 8:34 am, a service technician arrived at the Bank of America location to service the ATMs. At 8:36 am, a white Volvo SUV rented by Defendant MAURICE BROOKS's mother arrived in the parking lot and backed into a parking space.

ll. After closing the first ATM, the technician left the location at approximately 9:12 am due to obvious tampering with the unit. The technician drove to a nearby gas station and was following by the white Volvo SUV that was rented by Defendant MAURICE BROOKS's mother. The white Volvo SUV then left the area and traveled back to Texas.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about July 3, 2024, in the District of Arizona, Defendants MAURICE BROOKS and MIKKEL SCOTT, by force, violence, and intimidation, did take from the person and presence of an ATM technician, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, located at 707 East Glendale

Avenue, Phoenix, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC).

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT 3

On or about August 5, 2024, in the District of Arizona, Defendants MAURICE BROOKS and MIKKEL SCOTT, by force, violence, and intimidation, did take from the person and presence of an ATM technician, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, located at 1100 West Queen Creek Road, Chandler, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC).

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT 4

On or about September 5, 2024, in the District of Arizona, Defendants MAURICE BROOKS and MIKKEL SCOTT, by force, violence, and intimidation, did attempt to take from the person and presence of an ATM technician, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, located at 5120 S. Lakeshore Drive, Tempe, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC).

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT 5

On or about October 24, 2024, in the District of Arizona, Defendant MAURICE BROOKS, by force, violence, and intimidation, did take from the person and presence of an ATM technician, money belonging to and in the care, custody, control, management, and possession of Bank of America, located at 1801 West Ajo Lane, Tucson, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC).

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT 6

On or about November 5, 2024, in the District of Arizona, Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH, by force, violence, and intimidation, did take from the person and presence of an ATM technician, money belonging to and in the care, custody, control, management, and possession of Bank of America, located at 906 E. Baseline Road, Tempe, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC).

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT 7

On or about December 17, 2024, in the District of Arizona, Defendants MAURICE BROOKS and MICAH LAZARO, by force, violence, and intimidation, did attempt to take from the person and presence of an ATM technician, money belonging to and in the care, custody, control, management, and possession of Bank of America, located at 8150 S. Houghton Road, Tucson, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC).

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date:  September 24, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*S/*
PATRICK E. CHAPMAN
Assistant U.S. Attorney

- 10 -